IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. DNCW3:01CR182-2 |
| ) | (Financial Litigation Unit) |
| ) | |
| CARA SHANNON CLAUSEN, ) | |
| Defendant, ) | |
| and ) | |
| ) | |
| HUNOVAL LAW FIRM, PLLC, ) | |
| Garnishee. ) | |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

Upon Motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment filed in this case against the Defendant is DISMISSED.

SO ORDERED.

Signed: August 6, 2019

_____
David S. Cayer
United States Magistrate Judge