IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>               Plaintiff,       )<br>                                )<br>vs.                             )<br>                                )<br>CARA SHANNON CLAUSEN,           )<br>               Defendant,       )<br>                                )<br>and                             )<br>                                )<br>RILEY, POPE & LANEY LLC,        )<br>               Garnishee.       ) | CASE NO. DNCW3:01CR182-2<br>(Financial Litigation Unit) |

## DISMISSAL OF CONSENT ORDER OF GARNISHMENT

Upon Motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Consent Order of Garnishment filed in this case against the Defendant is DISMISSED.

**SO ORDERED**.

Signed: April 29, 2022

David S. Cayer
United States Magistrate Judge